WILLIAM STATKIEWICZ *vs.* DOMENIC ZERMANI. November 9, 2011. *Supreme Judicial Court,* Superintendence of inferior courts. *Practice, Civil,* Appeal, Bond.

William Statkiewicz appeals from a judgment of a single justice of this court denying, without a hearing, his petition for extraordinary relief under G. L. c. 211, § 3. Statkiewicz sought relief from an order of a judge in the Housing Court denying his motion to waive an appeal bond in connection with an appeal from a summary process judgment. Relief was properly denied, as Statkiewicz had one or more adequate alternative remedies. Indeed, he had pursued one such remedy, an appeal to a single justice of the Appeals Court. G. L. c. 239, § 5 (*f*). "The proper course for [him] to have followed, if [he] wished further to challenge the bond, was to refuse to pay the bond, suffer the dismissal of [his] summary process appeal, and then appeal to the Appeals Court (on the limited bond issue) from the order of dismissal." *Matter of an Appeal Bond (No. 1),* 428 Mass. 1013, 1013 (1998), citing *Ford* v. *Braman,* 30 Mass. App. Ct. 968, 970 (1991).

*Judgment affirmed.*

*William Statkiewicz,* pro se.
*John W. Collier* for the defendant.